■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIAN THOMAS, Appellant. [985 NYS2d 888]—Appeal by the defendant, as limited by his brief, from a sentence of the Supreme Court, Kings County (Gary, J.), imposed August 2, 2012, upon

his conviction of manslaughter in the second degree, upon a jury verdict.

Ordered that the sentence is affirmed.

The defendant's contention that the prosecutor made improper remarks during sentencing is unpreserved for appellate review (*see* CPL 470.05 [2]) and, in any event, without merit. Contrary to the defendant's contention, the sentencing court properly considered the objectives of sentencing and the court's comments " 'merely reflect the fact that the court was taking into consideration the nature of the crime, a legitimate factor in determining an appropriate sentence' " (*People v Anderson*, 287 AD2d 574, 574 [2001], quoting *People v James*, 216 AD2d 489, 489 [1995]). Furthermore, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Dickerson, J.P., Leventhal, Hall and Lott, JJ., concur.